UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BARON JOHNSON**            **CIVIL ACTION**

**VERSUS**            **NO. 10-1735**

**JAMES M. LEBLANC, ET AL.**            **SECTION "C"(4)**

## O R D E R

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Johnson's § 1983 claims against the Clerks of the United States District Court for the Western District of Louisiana is **DISMISSED WITHOUT PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A, and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Johnson's § 1983 claims against the Second Parish Court House is **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to § 1915(e)(2), § 1915A, and §1997e.

**IT IS FURTHER ORDERED** that the remainder of Johnson's § 1983 complaint against the remaining Defendants, James M. LeBlanc, Department of Public Safety and Corrections, Harvey State Building, Bureau of Human Rights Department of Health and Hospitals, St. Joseph the Worker

Church, Jefferson Parish Project Outreach Program, Mr. A.R. Coleman; Ms. Annryet M. Yarbrough, Chairperson, Americans with Disabilities Act Office of Public Health, Department of Health and Hospitals, Medical Center of Louisiana, West Jefferson Parish Bureau of Health Services Financing, Richard Stalder, Johnny Creed, Transitional Care Center Health Care Services Division/Behavioral Health Services, LSU Hospitals in Shreveport and New Orleans, Cassandra Bradley, supervisor over Medicaid Department in the Harvey State Building, Ms. Roubion, supervisor over Medicaid Department in the Harvey State Building, Ms. R. Coleman, supervisor over Medicaid Department in the Harvey State Building, Louisiana's Department of Health & Hospitals, Human Services, West Jefferson Medical Center, Jefferson Parish Human Services Authority, Tulane Medical Center, Marrero Post Office; and Garry Davis, of the Pathways Housing Division of Resources for Human Development is **DISMISSED WITH PREJUDICE** as malicious and duplicitous of Civ. Action No. 10-1734"N"(4).

New Orleans, Louisiana, this 28th day of April, 2011.

_____
**UNITED STATES DISTRICT JUDGE**